UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
GENE OUTLAW-BEY,

        Petitioner,                      ORDER
                                                  04 CV 3787 (ILG)

  -against-

UNITED STATES OF AMERICA,

        Respondent.
------------------------------------------------x
GLASSER, United States District Judge:

      The petitioner filed a motion pursuant to 28 U.S.C. § 2255 which this Court denied on November 23, 2004. He then filed a notice of appeal from that adverse determination together with a request for a Certificate of Appealability ("COA"). The Court of Appeals, in an Order dated September 27, 2005, dismissed his appeal for the reason that he had not provided either a certificate of appealability from this Court, nor a denial of his request for one from this Court.

      On October 6, 2005, the petitioner filed this motion requesting a "Resentencing/Evidentiary Hearing and/or a COA."

      His motion for a COA is hereby denied for the reason that he has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

      SO ORDERED.

Dated:      Brooklyn, New York
              November 16, 2005

                                                      **/S/**
                                             I. Leo Glasser

Copies sent to:

Gene Outlaw-Bey
08268-054
2400 Robert F. Miller Drive
Lewisburg, PA 17837

Max Minzner, Esq.
Assistant U.S. Attorney